IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                  4:05CR00138-04-WRW

TOMMY HAYNES

## ORDER

Pending before the Court is the Government's Motion to Dismiss Indictment (doc #214).

The Motion is GRANTED, and the Indictment is dismissed as to the defendant, Tommy Haynes.

IT IS SO ORDERED this 3rd day of February, 2009.

                                                 /s/Wm. R. Wilson, Jr.
                                              UNITED STATES DISTRICT JUDGE